UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JAMES SWANN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-CV-179-KAC-SKL |
| | ) | |
| WASHINGTON COUNTY JAIL, | ) | |
| OFFICER SHRADER, SGT. LIONS, | ) | |
| OFFICER CARRIER, and OFFICER | ) | |
| STONESITTER, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed herewith, the Court **DENIED** Plaintiff's motion to proceed *in forma pauperis* and related motions [Docs. 2, 4, 5] and **DISMISSED** Plaintiff's instant action **without prejudice** to Plaintiff paying the filing fee in full, under 29 U.S.C. § 1915(g). Further, the Court **CERTIFIED** that any appeal from this decision would not be taken in good faith and would be totally frivolous, such that Plaintiff is **DENIED** leave to proceed *in forma pauperis* should he file a notice of appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Court **DIRECTS** the Clerk to close the file.

**SO ORDERED**.

**ENTER:**

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
    CLERK OF COURT